UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MRI ASSOCIATES OF ST. PETE, INC.,**

    **Plaintiff,**

v.                                          Case No. 8:10-cv-815-T-30TGW

**ALLSTATE PROPERTY & CASUALTY**
**INSURANCE COMPANY,**

    **Defendant.**
_____/

## **ORDER**

On September 14, 2010, this Court stayed this action pending the Eleventh Circuit's final ruling in *Cappucitti v. Directv, Inc.,* No. 09-14107. On October 15, 2010, the Eleventh Circuit issued a *per curiam* opinion in *Cappucitti* in which it vacated its original opinion and ruled that the Class Action Fairness Act ("CAFA") "does not require at least one plaintiff in a class action to meet the amount in controversy requirement of 28 U.S.C. § 1332(a)." *Cappucitti v. Directv, Inc,.* No. 09-14107, slip op. at 2 (11th Cir. Oct. 15, 2010) (per curiam).

This Court has already determined that Plaintiff's claims exceed the $5,000,000 jurisdictional requirement for class actions under CAFA. All other jurisdictional requirements were undisputed.

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiff MRI Associates of St. Pete, Inc.'s Motion to Remand (Dkt. 10) is **DENIED**.

2. The Clerk is directed to re-open this case.

3. Plaintiff shall file its response to Defendants' Motion to Dismiss (Dkt. 8) within twenty (20) days of the entry of this order.

**DONE** and **ORDERED** in Tampa, Florida on October 18, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-815.deny remand.frm