UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MRI ASSOCIATES OF ST. PETE, INC.,**
d/b/a SAINT PETE MRI, as assignee,
individually, and on behalf
of all those similarly situated,

    Plaintiff(s),

v.                                   CASE NO:  8:10-CV-815-T-30TGW

**ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY,**

    Defendant(s).
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #36).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 9, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2010\10-cv-815.dismiss 36.wpd*